# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 5:98CR109-02 |
| Magueste Plasimond ) | USM No: 13509-058 |
| Date of Previous Judgment: 04/18/2006 ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ■ the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ❒ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __168__ months **is reduced to** __Time Served Plus 10 Days__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __35__    Amended Offense Level: __33__
Criminal History Category: __I__    Criminal History Category: __I__
Previous Guideline Range: __168__ to __210__ months    Amended Guideline Range: __135__ to __168__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**
It is further ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated __06/22/1999__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 3, 2008

Effective Date: June 13, 2008
(if different from order date)

Richard L. Voorhees
United States District Judge